AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  CALIFORNIA

### APPEARANCE

Case Number: 08mj1744

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MANLEY SMITH

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/5/2008 | /s/ JASON I. SER |
| Date | Signature |
| | Jason I. Ser / Federal Defenders of SD      201816 |
| | Print Name                                   Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City           State           Zip Code |
| | (619) 234-8467           (619) 687-2666 |
| | Phone Number            Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Case No. 08mj1744 |
| v. | ) ) | |
| MANLEY SMITH, | ) ) ) | CERTIFICATE OF SERVICE |
| Defendant. | ) ) ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

    United States Attorney's Office
    880 Front Street
    San Diego, CA  92101

Dated:  June 5, 2008                                   /s/ Jason I. Ser
                                                                             JASON I. SER
                                                                             Federal Defenders
                                                                             225 Broadway, Suite 900
                                                                             San Diego, CA 92101-5030
                                                                             (619) 234-8467  (tel)
                                                                             (619) 687-2666  (fax)
                                                                             jason_ser@fd.org